IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHINYERE U. NWOKE, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF CHICAGO MEDICAL CENTER, <br><br> Defendant. | No. 1:16-cv-09153 <br><br> Judge: Hon. Jorge L. Alonso <br> Magistrate: Hon. M. David. Weisman |

### AGREED MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

Plaintiff, Chinyere U. Nwoke, and Defendant, The University of Chicago Medical Center, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and this Court's Standing Order, hereby move for the entry of an Agreed Confidentiality Order. Attached as Exhibit A is a redline reflecting the parties' proposed changes to the Court's Model Confidentiality Order. In support of this Agreed Motion, the parties state as follows:

1. Plaintiff alleges claims of employment discrimination and retaliation against Defendant under Title VII and retaliation under the FMLA.

2. The Parties expect that during discovery certain documents and information, including but not limited to information prohibited from disclosure or use by statute, personal identity information, and medical information including personal health information (PHI) of Plaintiff and non-parties (the latter, given that Defendant is a health center) will likely be produced (and, in fact, certain related documents and information have already been produced). Such information is confidential and if disclosed publicly (and in a manner inconsistent with the proposed confidentiality order) would cause substantial and irreparable harm to Defendant,

Plaintiff, and/or certain non-parties (including Defendant's current and former employees and/or its current or former patients).

3. The majority of the proposed changes to the Northern District of Illinois' Model Confidentiality Order (as reflected in Exhibit A hereto) are proposed to properly protect the PHI of non-parties and to confirm that the requirements of HIPAA in relation to such PHI will remain intact. The Parties also propose the addition of Paragraph 18 to the Model Confidentiality Order to reflect the parties' agreement that the inadvertent disclosure of privileged information will not, itself, constitute a waiver of the privilege.

WHEREFORE, the parties hereto respectfully request that this Court enter the proposed Agreed Confidentiality Order, attached hereto as Exhibit A and submitted via e-mail in non-redlined Word format.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| CHINYERE U. NWOKE | UNIVERISTY OF CHICAGO MEDICAL CENTER |
| By: s/ Leroy U. Ekechukwu | By: s/ Elliot G. Cole |
| One of Her Attorneys | One of Its Attorneys |
| Ebere N. Ekechukwu<br>Leroy U. Ekechukwu<br>EBERE N. EKECHUKWU & ASSOCIATES, P.C.<br>53 West Jackson Boulevard, Suite 1440<br>Chicago, Illinois 60604 | Edward C. Jepson, Jr.<br>Elliot G. Cole<br>Vedder Price P.C.<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, Illinois 60601-1003 |

Dated: April 6, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that I electronically filed the foregoing **Agreed Motion for Confidentiality Order** with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the following:

    Ebere N. Ekechukwu
    Leroy U. Ekechukwu
    EBERE N. EKECHUKWU & ASSOCIATES, P.C.
    53 West Jackson Boulevard, Suite 1440
    Chicago, Illinois 60604

On: April 7, 2017.

                                                               s/ Elliot G. Cole